# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**TYLER HAMMOND,** :

:

   **Plaintiff**                            **CIVIL ACTION NO. 3:13-2322**

:

   v.                                  **(JUDGE MANNION)**

:

**CITY OF WILKES-BARRE *et al.*,**

:

   **Defendants**

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants' motion to dismiss, (Doc. 11), is **GRANTED** and plaintiff's amended complaint, (Doc. 9), is **DISMISSED WITHOUT PREJUDICE**. Plaintiff will be afforded one last opportunity to amend his complaint. Plaintiff may amend his complaint on or before **June 20, 2014.**

                                       s/ *Malachy E. Mannion*
                                       **MALACHY E. MANNION**
                                         **United States District Judge**

**Date: June 10, 2014**