# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYLER HAMMOND, | : |
| Plaintiff | : CIVIL ACTION NO. 3:13-2322 |
| v. | : (JUDGE MANNION) |
| CITY OF WILKES-BARRE *et al.*, | : |
| Defendants | : |

## **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants' motion to dismiss, (Doc. 26), is **GRANTED**. The complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 6, 2015**